■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENA BERLINER, Appellant. — Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on June 28, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Carro, Asch, Lynch and Ellerin, JJ.

■ VALERAY REAL ESTATE COMPANY, INC., Respondent, v TRITON ASSOCIATES, Appellant. — Judgment (denominated a judgment and order), Supreme Court, New York County (Edward Greenfield, J.), entered on or about January 16, 1985, unanimously affirmed for the reasons stated by Edward Greenfield, J., without costs and without disbursements. Concur — Sandler, J. P., Ross, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HOLT, True Name JEROME SMITH, Appellant. — Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on February 15, 1983, unanimously affirmed. Motion by appellant for leave to file a supplemental brief and for other relief denied. No opinion. Concur — Kupferman, J. P., Ross, Carro, Fein and Lynch, JJ.